NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, Wyoming 82001
Telephone: (307) 772-2124
jasmine.peters@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JODI LYNN BILLS, | ) | Case No. 21-20430 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JODI LYNN BILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 23-02003 |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION and GREAT LAKES | ) | |
| STUDENT LOANS, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED MOTION TO DISMISS ADVERSARY COMPLAINT
AGAINST UNITED STATES DEPARTMENT OF EDUCATION**

The United States Department of Education, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorney Jasmine M. Peters, and Counsel for Debtor Jodi Lynn Bills, submit this Stipulated Motion to Dismiss

Adversary Complaint against United States Department of Education pursuant to FED. R. BANK. P. 7041 and Wyoming LBR 9019-1(C).

Debtor filed a Complaint to Determine Dischargeability of Student Loan Debt as an Undue Hardship on March 22, 2023. (Doc. 1). A summons was issued on July 6, 2023. The United States received the summons and complaint on July 10, 2023. On August 8, 2023, this Court entered an Order Granting United States' Unopposed Motion for Extension of Time (Doc. 25), extending the time for the United States to respond to the complaint to August 24, 2023. On August 24, 2023, this Court entered an order granting the United States' Second Unopposed Motion for Extension of Time (Doc. 28), extending the time for the United States to respond to the complaint to October 10, 2023.

On September 28, 2023, the United States Department of Education confirmed that Debtor has received loan forgiveness. As such, Debtor and the United States request the adversary complaint against the United States Department of Education be dismissed without prejudice.

Pursuant to Federal Rule of Bankruptcy Procedure 7041, this Court applies Federal Rule of Civil Procedure 41. *See* FED. R. BANK. P. 7041. Rule 41(1)(A)(ii) states that a plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. FED. R. CIV. P. 41(1)(A)(ii). Accordingly, counsel for Debtor and the United States have signed this motion and agree to pay their own costs and attorneys' fees. In addition, the parties have provided a proposed order approving the stipulation in compliance with Wyoming LBR 9019-1.

DATED October 6, 2023

                      Respectfully Submitted,

                      NICHOLAS VASSALLO
                      United States Attorney

By: */s/ Jasmine M. Peters*
     JASMINE M. PETERS
     Assistant United States Attorney



                      */s/ JoAnn Fulton*
                      JoAnn Fulton
                      FULTON LAW OFFICE, P.C.
                      *Counsel for Debtor*